No. 04–5177. BARTON *v.* RUECHEL. C. A. 9th Cir. Certiorari denied.

No. 04–5178. SANDERS *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5179. GREGORY ET UX. *v.* BRALY FAMILY, LLC, ET AL. Ct. App. Colo. Certiorari denied.

No. 04–5180. HEUSS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–5181. MYRON *v.* KRALIK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–5182. BLACKWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5183. GORE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5184. LAINO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–5185. BLACK *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–5186. JEREMIAH-NJIRIMANI *v.* HARBORVIEW MEDICAL CENTER ET AL. Ct. App. Wash. Certiorari denied.

No. 04–5192. RYDER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–5195. MENDEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5196. CORONADO-PINEDA *v.* UNITED STATES (Reported below: 95 Fed. Appx. 116); ROJAS-HERNANDEZ *v.* UNITED STATES (95 Fed. Appx. 657); IRACHETA-REYNA *v.* UNITED STATES (95 Fed. Appx. 659); LOERA-GARCIA *v.* UNITED STATES (95 Fed. Appx. 597); GUERRERO-MORALES *v.* UNITED STATES (95 Fed. Appx. 660); COLINDRES *v.* UNITED STATES (98 Fed. Appx. 347); CERVANTES-ESPINO *v.* UNITED STATES (95 Fed. Appx. 641); BERRELLESA-

ORTEGA, AKA URREA-GUTIERREZ v. UNITED STATES (95 Fed. Appx. 642); ACIAIN-PORRAS v. UNITED STATES (95 Fed. Appx. 581); GONZALEZ-ARZOLA, AKA FRANCISCO GONZALEZ, AKA GONZALEZ v. UNITED STATES (95 Fed. Appx. 643); CASERES-RODRIGUEZ v. UNITED STATES (95 Fed. Appx. 629); CORTEZ-CAVAZOS v. UNITED STATES (95 Fed. Appx. 646); MALDONADO-ALAMEDA v. UNITED STATES (95 Fed. Appx. 579); ACOSTA-MENDOZA v. UNITED STATES (95 Fed. Appx. 647); AGUILAR v. UNITED STATES (95 Fed. Appx. 663); LOPEZ-PENA v. UNITED STATES (95 Fed. Appx. 634); ALMANZA-TAPIA v. UNITED STATES (95 Fed. Appx. 697); and GONZALEZ-MELENDEZ v. UNITED STATES (95 Fed. Appx. 653). C. A. 5th Cir. Certiorari denied.

No. 04–5198. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5199. BRYANT v. HOWES. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 04–5201. HANSEN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–5202. MORGAN v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5203. MILO v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5204. LATEEF v. CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 04–5205. ADKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5206. LANDAU v. VASTINE-SMITH ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5207. JACKSON v. MILLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5208. VALENZUELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5209. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.